# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



RYAN SKORSTAD, individually and on behalf of all others similiarly situated.

**V.**

SAMSUNG ELECTRONICS CO., LTD.; (SEE ATTACHMENT 'A')

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07    2228

MEJ

TO: (Name and address of defendant)

SAMSUNG ELECTRONICS CO., LTD.; (SEE ATTACHMENT 'A')

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CHRISTINE PEDIGO BARTHOLOMEW
FINKELSTEIN THOMPSON LLP
601 MONTGOMERY ST., SUITE 665
SAN FRANCISCO, CA 94111
415.398.8700

an answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE APRIL 24, 2007

(BY) DEPUTY CLERK
ANNA SPRINKLES

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served:

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☐    Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
　　　　　　　　　　　　*Date*　　　　　　　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## SUMMONS IN A CIVIL CASE ATTACHMENT "A"

SAMSUNG SEMICONDUCTOR, INC.; HYNIX SEMICONDUCTOR, INC.; MICRON
SEMICONDUCTOR PRODUCTS, INC.; LEXAR MEDIA, INC.; RENESAS
TECHNOLOGY CORPORATION; TOSHIBA AMERICA CORPORATION;
TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; HITACHI, LTD.;
HITACHI AMERICA, LTD.; HITACHI ELECTRONIC DEVISES (USA), INC.;
MITSUBISHI ELECTRONIC CORPORATION; MITSUBISHI ELECTRIC &
ELECTRONICS USA, INC.; MOSEL VITELIC CORPRATION; MOSEL VITELIC
CORPORATION (USA); WINBOND ELECTRONICS CORPORATION; AND
WINBOND ELECTRONICS CORPORATION AMERICA;