C.P. Bartholomew (State Bar No. 211425
Email: cbartholomew@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
601 Montgomery Street, Suite 665
San Francisco, California 94111
Telephone:  (415) 398-8700
Facsimile:  (415) 398-8704

Marvin A. Miller Law, LLC
Email: MMiller@millerlawllc.com
Matthew E. Van Tine
Email:  MVantine@millerlawllc.com
MILLER LAW LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
Facsimile: (312) 676-2676

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SKORSTAD,<br><br>　　Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.,<br><br>　　Defendants. | No. C 4:07-cv-02229-SBA<br><br>**NOTICE OF CHANGE OF ADDRESS** |

　　　Please take notice that effective July 20, 2007, the address of MILLER LAW LLC changed to:

　　　Miller Law LLC
　　　115 S. LaSalle Street
　　　Suite 2910
　　　Chicago, IL 60603
　　　(312) 332-3400
　　　Fax (312) 676-2676

Notice of Change of Address

1

Kindly use the new firm address, telephone and fax numbers in all pleadings, correspondence, and other documents.

Dated August 3, 2007

                                                      /s/ MARVIN A. MILLER
                                                      MARVIN A. MILLER
                                                      MILLER LAW LLC
                                                      115 S. LaSalle Street
                                                      Suite 2910
                                                      Chicago, IL 60603
                                                      312-332-3400
                                                      Fax: (312) 676-2676

## **CERTIFICATE OF SERVICE**

I, Marvin A. Miller, an attorney, certify that I caused a copy of the attached, ***Notice of Change of Address***, to be served on the following individuals by U.S. Mail on August 3, 2007.

```
                                    __/s/ MARVIN A. MILLER_____
```
                                    MARVIN A. MILLER

| | |
|---|---|
| Steven A. Asher<br>Weinstein Kitchenoff & Asher, LLC<br>1845 Walnut St.<br>Suite 1100<br>Philadelphia, PA 19103 | Guri Ademi<br>Ademi & O'Reilly LLP<br>3620 East Layton Avenue<br>Cudahy, WI 53110 |
| Christopher Lovell<br>Lovell Stewart Halebian LLP<br>500 Fifth Avenue<br>New York, NY 10110 | Robert B. Weiser<br>The Weiser Law Firm, P.C.<br>121 N. Wayne Avenue,<br>Suite 100<br>Wayne, PA 19087 |
| Richard D. Greenfield<br>Greenfield & Goodman LLC<br>7426 Tour Drive<br>Easton, MD 21601 | Donald L. Pereleman<br>Roberta D. Liebenberg<br>Fine Kaplan and Black, R.P.C.<br>1835 Market Street Suite 2800<br>Philadelphia, PA 19103 |
| Stewart L. Cowen<br>Cohen Placitella & Roth, P.C.<br>1705 Two Penn Center<br>Philadelphia, PA 19102 | Christian M. Sande<br>Lockridge Grindal Nauen & Holstein PLLP<br>100 Washington Ave South Ste 2200<br>Minneapolis, MN 55401 |
| Melissa Meeker Harnett<br>Wasserman, Comden & Casselman<br>5567 Reseda Boulevard, Suite 330 Tarzana, CA 91357-7033 | Dylan J. McFarland<br>Heins Mills & Olson, P.L.C.<br>3550 IDS Center 80 South Eight Street<br>Minneapolis, MN 55402 |
| Gerald J. Rodos<br>Jeffrey G. Gittleman<br>Lisa M. Lamb<br>Barrack Rodos & Bacine<br>2001 Market St.<br>3300 Two Commerce Sq.<br>Philadelphia, PA 19103 | Joe Whatley, Jr.<br>Whatley Drake LC<br>1100 Financial Center<br>505 20th Street North<br>Birmingham, AL 35203 |
| Richard J. Favretto<br>Andrew Mac Kofsky<br>Andrew Abbott Nicely<br>Joseph Roberti<br>Mayer Brown Rowe & Maw LLP<br>1909 K Street NE<br>Washington, DC 20006 | Craig Crandall Reilly<br>Richards McGettigan Reilly & West<br>1725 Duke St.<br>Suite 600<br>Alexandria, VA 22314 |

Notice of Change of Address

| Mark Steven Yacano<br>Wright Robinson Osthimer & Tatum<br>411 E. Franklin St.<br>Suite 400<br>Richmond, VA 23219 | Daryl Andrew Libow<br>Sullivan & Cromwell LLP<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20003 |
|---|---|
| Merrill G. Davidoff<br>Berger & Montague, P.C.<br>1622 Locust St.<br>Philadelphia, PA 19103 | |