C.P. Bartholomew (State Bar No. 211425
Email: cbartholomew@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
601 Montgomery Street, Suite 665
San Francisco, California 94111
Telephone:  (415) 398-8700
Facsimile:  (415) 398-8704

Marvin A. Miller Law, LLC
Email: MMiller@millerlawllc.com
Matthew E. Van Tine
Email:  MVantine@millerlawllc.com
MILLER LAW LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
Facsimile: (312) 676-2676

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SKORSTAD, | ) No. C 4:07-cv-02228-SBA |
| | ) |
| Plaintiff, | ) |
| | ) **AMENDED NOTICE OF** |
| vs. | ) **CHANGE OF ADDRESS** |
| | ) |
| SAMSUNG ELECTRONICS CO., LTD, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Please take notice that effective July 20, 2007, the address of MILLER LAW LLC

changed to:

Miller Law LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603
(312) 332-3400
Fax (312) 676-2676

Notice of Change of Address

1

Kindly use the new firm address, telephone and fax numbers in all pleadings, correspondence, and other documents.

Dated August 3, 2007

__/s/ MARVIN A. MILLER_____
MARVIN A. MILLER
MILLER LAW LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603
312-332-3400
Fax: (312) 676-2676

## <u>**CERTIFICATE OF SERVICE**</u>

     I, Marvin A. Miller, an attorney, certify that a copy of the attached, ***Amended Notice of Change of Address***, was accomplished pursuant to ECF as to Filing Uses and I will comply with LR 5.5 as to Non-ECF Users.

_/s/ MARVIN A. MILLER_____

MARVIN A. MILLER
